UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X   O R D E R
GRACE DITURI,

              Plaintiff,              CV-06-1975 (SLT)

    -against-

ROCCO SAROUARA, et al.,

             Defendants.
----------------------------------X

    An initial conference will be held in the above-captioned case on June 21, 2006, at 11:10 A.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. All counsel must be present. In the event this case becomes eligible for arbitration before the scheduled conference, please call **718-613-2530** to cancel.

    **<u>Defendant's counsel is requested to confirm with plaintiff's counsel that all necessary participants are aware of this conference</u>**. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

    SO ORDERED.

Dated: Brooklyn, New York
       May 1, 2006

                                              JOAN M. AZRACK
                                              UNITED STATES MAGISTRATE JUDGE